Angela dawn Dowling
4022 E Greenway rd .
Suit 11 P.O. Box 3
9792888659 |
2805aaj@yahoo.com



UNITED STATE COURT

NEW YORK

26 CV 1380

Docket

ANGELA  PEREZ  DOWLING

Petitioner,,

Complaint # unknown

State prosecutors office of Texas

Responder,

**PETITION**

**Petition**

**Date of 13ᵗʰ of February 2026**

I Angela i'm filing the petition for the state of Texas  illegal action that took place on March 21 of 2023. I Angela  made numerous complaints. Regards to this unlawful eviction on lawful lockout robbery, invading my home trespassing assault domestic violence. The list goes on as my attachment is something that I Angela filed with the help again of legal council in the courtroom with the help of addressed by the judge due to this horrible tragedy that took place no one has responded. It's been sitting there. It hasn't moved no answer in over two years. I will be also filing a petition to Harris County District Court of notice of petition as to why the case or no answers or have been granted. I'm writing this petition to CC the matter below my prayers for relief. I've been a victim for over three years now, I fear with this tragedy, taking place and everything being stolen along with my identities I Angela fear identity, theft,  harm and endanger.  I Angela would really like to put this. terrible tragedy on March 21 of 2023 behind me with the help of the state of Texas.

PLEADING TITLE - 1

**Filed petition of statement, February 12th 2026.**

I Angela has filed two different suits to vandalism and holding my belongings hostage breaking an entry legally unlawfully, Tri Arc is the owner of the property legacy at Cypress Apartments at 11111 grants Road in Houston, TX 77429, I Angela had those suits pending due to the attorney for legacy stating she wasn't served correctly. During this time I Angela filed with the help of the judge in the attorneys at Harris County District Court. In Houston, Texas. file in a protective order in the eviction that legacy at Cyprus filed illegally against me their case. Legacy at Cypress filed at precinct 4 6831 Cypress Wood Dr., Springfield, TX 77379. It got denied. Due to an appeal that was filed against him with the court date set for May 8 of 2023  in the district court of Houston District Court in Houston, Texas. At 201 Carolina St., Houston, TX 77002 The reason appeal was filed, was due to me, missing the first hearing due to surgery and couldn't be at the court hearing I did file notice to the judge who never received the letter and the doctors notes from the doctors so illegally they had a hearing without me it came to the judges knowledge three days later that I Angela missed you to a major surgery that IAngela had that day, and I Angela was unable to make the court hearing at 6831 Cypress Wood, Spring, Texas. (precinct. 4) .  The reason this the eviction was filed was due to them, refusing to take payment for rent, which is illegal. They refuse to take money for my rent  then filed eviction to try to get me removed from my apartment knowing that I Angela was going through issues with possible identity, theft, disability, surgeries, and fraud. they continued legacy at Cypress employees, threatening me, harassing me, refusing to treat me violating my rights as a tenant.  I Angela then began to file several police reports against them for harassment ,  I Angela applied for a protective order, told by the judge it was not required or necessary due to me having a scheduled hearing May 8 of 2023 in the District Court of Harris County in Houston, Texas. I Angela continue to serve in the papers from both courts regards to the hearing and the protective orders that were not necessary due to me having a hearing scheduled for

PLEADING TITLE - 2

May 8 in 2023. After being threatened and harassed several times, they begin to put a legal stuff on my door illegally, knowing there was a court hearing schedule, knowing that courts told them to stay away the police told them to stay away they can begin to violate my rights as a tenant violate my rights, civil rights harassing stalking me at this point . March 21, 2023 I was home cooking breakfast and these people some of the employees and constable showed up at my house illegally a threatening, my freedom, threatening my belongings of mine and my child my son everything I owned was in this apartment at 11111Grant Rd., Cypress, TX 77429 (Houston). I had a previous incident so I am dramatized and scared. The guy continued to threaten me pushing me open. My door illegally brushing me. There was about six of them came into my apartment. I immediately called the police department. I immediately called the fire department. I told him there was a break-in. I explained to the gentleman why is he in my house? He said, grab your stuff and get out. I grabbed the first thing I can grab. I grabbed a pair of sneakers, shoes, hat, and immediately took off. Meanwhile, the ambulance came in. The fire department showed up with the police department. I took off immediately I Angela took off immediately in my car you know devastated what just took place. I am immediately ran to the courthouse and I told him what it took place. They told me to contact the sheriffs department and go back there and on that it's illegal. There was nothing allowing them to go into my home or to my apartment, I then begin to call contact the sheriffs department. They told me that it was a civil issue and refused to help me so at this point, I ran to present one which was across the street from Harris County courts, and I spoke to a eternal affairs there in a officer they explain the situation he told me as well to go back home and call the sheriffs department cause it's illegal what they were doing. I didn't begin to rush to the military base. I was scared I went to the army base in Texas of 30 minutes away. They contacted them. I told him that someone bum rushed me invaded nobody had badges on them. They didn't show me paperwork. They were threatening me. They bum rushed to my house and my door open, threatening my well-being in my freedom the army based didn't let me on property. They looked

PLEADING TITLE - 3

up the documentation they called their superiors. They filed a report. I then immediately went next-door to the Navy base and spoke to the Navy sales department. There they called. I stuck around. They called a constable out in a sheriffs department out who met with me. I immediately told them that my home was invaded, and there were threatening me whole gang of them, and I was scared for my life and my well-being of being kidnapped or thrown in jail with the violence of what they did, of course especially not following the court of law. I then began to get my reports they checked to make sure everything was OK. They told me that it was illegal. They're not allowed to go into my home. They have no rides there's no court papers file they could not find any documentation of these terrorist I've considered invading my home illegally. I then begin to go home to my apartment at one11\11 Grant Rd., Houston, TX 77429 which is in Cypress, Texas as I pull up to go in and this was a few hours prior maybe four or five hours after being at the military basis explaining that I was attacked I get home and everything that I ever owned was vandalized and thrown out on the street the vandalize and thrown my stuff out on the porch. I tried to get in. They weren't allowing me to get in. I began to call the sheriffs department who refused to help me get back into my legal apartment by then reported my stuff was vandalized they broken. They had no documentation. They also refuse to help me. They said go to court so I had to then sleep in my car that night and wait for the courts to open. while my stuff and everything I owned with mine and my child, my whole entire life was bashed vandalized and thrown out on the street.  I waited so the morning came. I went to court to file a complaint and let them know but took place. They advised me to go back into my home again if I need to get a locksmith and have my stuff advised them with the court order that they need to put your stuff back into the apartment I did what was addressed to me at this point I went there. They refused to let me back in my apartment they called the police they the police told threatened me. I don't know if it was a conspiracy if they knew each other, but the consequences began to threaten me. If I go onto the property again, they were gonna charge me with trespassing after I showed him a court order mind you all my belongings. Everyone was

PLEADING TITLE - 4

thrown out there still so I didn't nothing to wear no place to go. I'm at this point. I went back to the court. I filed an emergency hearing. They got me in within the next day or two while the attorney filed a dismissed case so at this point, the case was dismissed this again was their filings that was filed not mine they filed these cases against me. The attorneys dismissed case, and they still refuse to let me back into my apartment, not following the court of all as usual I then filed a protective order again. This is where the attorneys and the judges helped me file a paper called three entry and unlawful eviction I filed a suit against him for $20,000 for vandalism, which was on hold to this day now due to them saying that they did not get served which is perjury they service over there through constables and sheriffs and I Angela did do a online and in person drop off the judges and attorney that helped me file a reentry and a lawful lockout the judges requested bills from them of how the file took place. They refused to present bills the bill to this day. It is now two years later it's February 11 of 2026. All my stuff has still not been returned to me. Everything I ever owned since I Angela was 18 years old was in that apartment along with my child's they never responded and left me homeless to this day without clothes and not filed to the unlawful lockout or the eviction that was filed, helped filed by the judge in the attorney in Harris County District Court in Houston, Texas. I then begin to file for the vandalism of my belongings, so I can at least have money for clothes to buy and have my belongings and shoes and clothes that they kept tossed to this day. IAngela don't know what is happening with them case I have not been contacted, but I do know that the attorney did advise me that if they did not let me in and hi Angela, do you know that the judge and Harris County District Court advised their attorney of this paperwork that was filed as well in court several times and on record as well as myself Angela advised him by mail by court by person by email and they refuse to answer and fix the mistake . I Angela believed they should be responsible for their actions. Two years later. I Angela going to attach the filing from the first attorney, who helped me then I Angela going to attach the second filing from my personal attorney from a personal matter who helped me file for a judgment, I Angela am writing to the state of

PLEADING TITLE -

Texas this petition to advise them and let them know that they have my case sitting there pending on hold and have not answered, and I would like to have my case reviewed and granted with everything that's been done to me and still being done to me to this day. I did file to the appeals to make sure that the final decision was final and it was denied on their part. Their case was denied. It was dismissed, and that went through three different 4 Different Court systems. To make legacy at Cypress (tri arc)  case was fully denied through 4 Different Court systems they broke every court of all possible . Oh yeah, oh no, you can reset it I Angela did choose to file it in the state of New York United States court due to of excellent legal attorneys for renters and unlawful eviction and entry . Wall-street restate attorney . Due to this incident tragedy that was done to myself Angela and my son /child.  I Angela am dramatized. Lost everything . Pray for relief of help to state of Texas or/and authorize authorities.

    A. the best of my knowledge..

    B.  Illegally assaulted , robbery, vandalism /illegal malpractice,  illegal  eviction on march 21,2023.

    C.  Attached wavier inability to pay to afford due to serval reason victim of fraud ,human trafficking legal malpractice possible identity theft illegal eviction and labor law,

2.  **Grounds/Cause of Action:** Legal reasons why you are entitled to relief (e.g., breach of contract, negligence).

    A.  Review cause  brief statement petition  complaint

3.  **Prayer for Relief** Clearly state *exactly* what you want the court to do (e.g., award damages, issue an order).

**A ANSWER WITH GOOD FAITH**  being **honest, fair, sincere, and transparent,** with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

4.  **Jury Demand (Optional):** If you want a jury trial, state "Jury Trial Demanded".:

    A.  IF NEED,  IF NOT RESULTED

PLEADING TITLE - 6

Angela D Dowling
4022 East greenway street
Suit 11 P.O. Box 3
Phoenix Arizona 85031
979.288.8659 |
Dowlingangeladawn@yahoo.com

**5. Signature :** signature,

Angela dawn Dowling

02·13·26    02·13·26

**6. Verification:** A sworn statement that the petition's contents are true best to my knowledge,

Angela  Perez Dowling
4022  E greenway rd.
Suit 11 P.O. Box 3
9792888659 |
2805aaj@gmail.con

UNITED STATE COURT

~~NEW JERSEY~~

due to financial hardship or other specific criteria, allowing
individuals to access services like court filings, processes without the
financial burden .

I Angela request a waiver of court costs, fees, or for the appointment of

counsel  I Angela  cannot afford them.

PLEADING TITLE - 7

I Angela   a detailed, truthful disclosure of income, assets, debts, and household size to prove financial necessity.    Eligibility: I Angela individuals receiving public assistance (SNAP, Medicaid). **affidavit of special circumstances**

    A.  Welfare case 145768
    B.  Victim, unlawful actions
    C.  Prayer for relief

7. **Grounds/Cause of Action:** Legal reasons why you are entitled to relief (e.g., breach of contract, negligence).

    A.  Review cause  brief statement petition  complaint

8. <u>Prayer for Relief</u> Clearly state *exactly* what you want the court to do (e.g., award damages, issue an order).

    A ANSWER WITH GOOD FAITH  being **honest, fair, sincere, and transparent**, with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

9. **Jury Demand (Optional):** If you want a jury trial, state "Jury Trial Demanded".:

    A.   IF NEED,  IF NOT RESULTED

Angela D Dowling
4022 East greenway street
Suit 11 P.O. Box 3
Phoenix Arizona 85031
979.288.8659 |
2805aaj@yahoo.com
    10. Signature : signature,

Angela Perez Dowling
02.13.26

11. Verification: A sworn statement that the petition's contents are true best to my knowledge,

PLEADING TITLE - 8

Legacy at Cyprees <

Small Claims: ~~plaintff~~ plaintiff eviction

4. Denied eviction

Angela Perez Dowling <

Defendent

Denied    Precinct 4

2.

Legacey at cypress <

Plaintiff

Small Claims district court

Angela Perez Dowling <

Defendent

A. Set hearing Appeals    B. Lawyer dismissed    eviction

Hearing set for may 8, 2023

lawyer dissimissing hearing /and eviction before hearing, on 3.

"April 2023 Refusing to let me back in my apartment,

I__ Fraud

Legacery at Cypress ⭠
Plaintiff

Angela Perez Dowling ⭠
Defendent

Inraela filed appeal Due to Fraud, Breaking Court of law, on Plaintiff legacey at Cypress Apartments.

"legal malpratrice"

4. legacey at Cypress ⭠
Plaintiff

Angela Perez Dowling ⭠
Defendent

Four
"4. Different Courts still denied "
Plaintiff since 4 court eviction

A. legacey At cypress
                    Plaintiff

#1.

B.    Angela Perez Dowling
                    Defendent

↑ eviction Denied ↑

C.
    6831 Cypresswood Spring Texas
        Judge   dissmissied Case.
                    ~~Die~~ Denied eviction

A.    legacey At cypress        #2.
                    Plaintiff

B.   Angela Perez Dowling
                    Defendent

↑ Harris district Court ↑
    Set hearing may 8,2023
    201 Carolina st Houston, Texas

legacey Attorney dissmissed eviction April 2023
Breaking court of law court orders,

A. Legacey at Cypress        # 3.
Plaintiff

B. Angela Perez Dowling
Defendent

C. lawyer Break court of law
Not allowing me back in apartment,

A. Legacey at Cypress        # 4.
Plaintiff

B. Angela Perez Dowling
Defendent

C. Filed Appeal For Denied access to
my apartment eviction was denied
and dissmissed, Fraud Before hearing
May 8, 2023, By lawyer dissmissing case
eviction, Decide still stood
Denied Denied dissmissing eviction

Legal malpratrice

on TriArc
Legacey at Cypress
apartments,

_____

Fraud on Attorney

Legacey at Cypress,

Violating Four # Court systems,

1. Refusing Rreentry
2. unlawful lockout
3. Violating Court after dissmissed
   denied eviction 4. court
                    2. court
                    3. court
                    4. court

two year
          ) Grant, judgment

*This was Filed "2024"*

CAUSE NO. _____

| | | |
|---|---|---|
| ANGELA D. DOWLING | § | IN THE _____ COURT |
| PLAINTIFF, | § | |
| | § | |
| v. | § | OF |
| | § | |
| TRIARC TIC I LLC, | § | |
| TRIARC TIC II, LLC, | § | |
| TRIAR TIC III ASSET 13, LLC D/B/A | § | |
| LEGACY AT CYPRESS | § | |
| DEFENDANTS. | § | HARRIS COUNTY, TEXAS |

## JUDGMENT

On the date signed below, the Court hereby **GRANTS** Plaintiff Angela D. Dowling's Original Petition for Unlawful Lockout & Application for Writ of Re-Entry.

The Court makes the following findings of fact upon due deliberation and consideration:

A.    The facts alleged in Plaintiff's Original Petition for Unlawful Lockout & Application for Writ of Re-Entry have been proven by full and satisfactory evidence.

B.    Plaintiff resided at the property located at 11111 Grant Road, Apartment 1324, Cypress, Texas 77429 (the "Property"), which was owned, operated, or maintained by Defendants.

C.    On or about February 9, 2023, Defendants filed an eviction suit against Plaintiff concerning her possession of the Property.

D.    On or about February 20, 2023, the Court granted an eviction judgment against Plaintiff concerning her possession of the Property.

E.    On or about February 24, 2023, Plaintiff filed a Notice of Appeal, with an affidavit of inability to pay, of the eviction judgment concerning possession of the Property.

F.    A hearing on Plaintiff's appeal of the eviction judgment was scheduled for May 8, 2023 at 1:30 pm in the County Court.

G.    On or about March 21, 2023, and prior to hearing on Plaintiff's appeal of the eviction judgment, Defendant changed the locks to the Property possessed by Plaintiff, and

ORDER                                                                                                    1

Defendant denied Plaintiff's entry into the Property the subject of the suit and appeal.

H.    On or about April 6, 2023, Defendant filed a non-suit without prejudice of its claims for eviction concerning the Property.

I.    Plaintiff requested entry to the Property, but Defendant denied Plaintiff's entry to the Property.

Based on Plaintiff's Original Petition for Unlawful Lockout & Application for Writ of Re-Entry, and other evidence presented, or before the Court, the Court is of the opinion that the same should be, and is, hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Original Petition for Unlawful Lockout & Application for Writ of Re-Entry is hereby **GRANTED**, and that Plaintiff has the lawful right to occupy the property located at 11111 Grant Road, Apartment 1324, Cypress, Texas 77429, that on March 21, 2023, Defendant unlawfully changed or altered the door locks to the above described property, and/or otherwise took actions that have physically prevented Plaintiff from having access to and/or use of the Property as her residence.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant shall permit Plaintiff access to and the use of the property located at 11111 Grant Road, Apartment 1324, Cypress, Texas 77429 as Plaintiff's residential property, and Plaintiff shall recover from Defendant the sum of $_____, with interest at the rate of _____ percent per annum from the date of judgment until paid, court costs in the amount of $_____, for all of which let execution and a writ of re-entry issue.

This judgment is final, appealable and disposes of all parties and issues before the Court.

SIGNED on _____.


_____
PRESIDING JUDGE

ORDER                                                                                                      2

This was Filed "2023"

CAUSE NO. _____

| | | |
|---|---|---|
| ANGELA D. DOWLING | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| v. | § | |
| TRIARC TIC I LLC, TRIARC TIC II | § | |
| LLC, TRIAR TIC III ASSET 13 LLC | § | |
| D/B/A LEGACY AT CYPRESS | § | |
| DEFENDANTS | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION FOR UNLAWFUL LOCKOUT & APPLICATION FOR WRIT OF REENTRY

1.    Plaintiff, Angela D. Dowling files this original petition and application for writ of reentry against defendant, Legacy At Cypress Apartments, and alleges as follows:

### B. PARTIES

2.    Plaintiff, Angela D. Dowling, is an individual residing in Texas, at 11111 Grant Road, Apt 1324, Cypress, TX 77429.

3.    Defendants, Triarc TIC I LLC, Triarc TIC II, LLC, Triarc TIC III, d/b/a Legacy at Cypress, is asn entity doing business in Harris County, Texas, and may be served with process as 11111 Grant Rd., Cypress, TX 77429.

### C. RELIEF

4.    Plaintiff seeks monetary relief of $250,000 or less and non-monetary relief.

### D. JURISDICTION & VENUE

5.    This justice court has jurisdiction and venue over this lawsuit because this suit is for reentry

and this is the county and precinct where the leased property at issue is located at

## E. FACTS

6.    On or about February 9, 2023, in Harris County, Texas, Defendant filed an eviction suit against me, without providing the notice required by the law.

7.    The hearing was set for February 20th, 2023, but a continuance was requested due to a medical need of the tenant, but it was not granted, and the Court entered judgment against the tenant.

8.    Tenant then appealed the decision on or about February 24th, 2023, alongside an affidavit of inability to pay.

9.    The appeal was accepted by the County Court, and a new hearing date was set for May 8th, 2023 at 1:30 PM.

10.    On or about March 21st, 2023, in violation of the prohibitions against self-help evictions in Texas, the Defendant changed the locks at my rental property and precluded plaintiff's entry into the unit.

11.    On or about April 6th, 2023, Defendant non-suited its claims for eviction without prejudice in the Harris County Court.

12.    Plaintiff made demands for re-entry into the rental unit verbally and in writing, on at least 5 occasions, using phone communications, emails, text messages and social media messages.

13.    Defendant still has not restored possession of my rental unit to me as of the date of this filing.

## F. COUNT 1 – REENTRY

2

14.    Plaintiff is defendant's tenant. A 12 month written lease agreement was executed by the parties to this suit, and the lease does not expire until December 2023.

15.    Defendant or Defendant's agent intentionally locked plaintiff out of the leased property.

16.    The lockout was unlawful because:

(A)    the lease agreement does not give defendant the right to lock plaintiff out for nonpayment of rent.

(B)    defendant did not provide plaintiff with adequate notice before the lockout. Defendants delivered a 3-day notice to vacate to initiate eviction proceedings, but defendants never delivered a lockout notice. Therefore, the notice did not meet any statutory requirements under the law, because it did not occur.

(C)    defendant did not provide plaintiff with adequate notice at the time of the lockout.

(D)    after demand by plaintiff, defendant refused to provide plaintiff with a replacement key.

17.    Plaintiff seeks a writ of reentry commanding defendant to return possession of the leased property to plaintiff. The writ of reentry can be served on the landlord, management company, on-site manager, or rent collector at 11111 Grant Rd. Cypress, TX 77429.

## COUNT 2 – UNLAWFUL LOCKOUT

18.    Plaintiff additionally seeks to recover possession of the property.

19.    Plaintiff additionally seeks actual damages, for the loss and damage to plaintiff's personal property items, which were forcibly removed from the unit by the defendants during

the pendency of appeal, and a civil penalty of $1,000 plus two months' rent because defendant did not provide plaintiff a replacement key on demand after lockout.

## H. CONDITIONS PRECEDENT

20.    All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

## I. OBJECTION TO ASSOCIATE JUDGE

21. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## J. PRAYER

22.    For these reasons, plaintiff asks that the Court issue a writ of reentry against defendant and citation for defendant to appear and answer, and that plaintiff be awarded judgment against defendant for the following:

a.    Actual damages.

b.    Possession of the premises, and the return of any undamaged personal property.

c.    Civil penalty of $1,000 plus two months' rent.

d.    Prejudgment and postjudgment interest.

e.    Court costs.

f.    Attorney fees, if applicable.

g.    All other relief to which plaintiff is entitled.

Respectfully Submitted,

By: __/s/ Angela D. Dowling___

Aaj2805@gmail.com

4

11111 Grant Rd, Apt 1324

Cypress, TX 77429

